IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| Monte Weeden, | ) | No. 4:16-CV-00112-BMM |
|---|---|---|
| Plaintiff, | ) | |
| -vs- | ) | **ORDER GRANTING PLAINTIFF'S MOTION TO SUSPEND DEADLINES** |
| Thomas P. Madden; Summit Capital (USA) Inc.; and Nascent Value, LLC, | ) | |
| Defendants. | ) | |

Plaintiff Monte Weeden has moved the Court to suspend certain deadlines while his motion to remand, ECF 12, is decided. Defendants do not oppose the motion. Good cause appearing therefore, Plaintiff's motion is GRANTED. Plaintiff need not respond to Defendants Thomas P. Madden and Nascent Value, LLC's Counterclaim, ECF 6, or Defendant Summit Capital (USA) Inc.'s Motion to Dismiss, ECF 7, until 21 days after the Court enters an order on Plaintiff's Motion to Remand, ECF 12.

DATED this 30th day of November, 2016.

_____
Brian Morris
United States District Court Judge